**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: S.A.K., A MINOR   :   No. 352 MAL 2017
  :
  :
PETITION OF: A.M.K., MOTHER   :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.